Agner Emilio Espana
2500 Parkview Drive, #1601
Hallandale Beach, FL 33009
Tel: (954) 371-8013

Defendant

H and A Marketing and Sales, Inc.
2500 Parkview Drive, #1601
Hallandale Beach, FL 33009
Tel: (954) 371-8013

Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sutra Beauty, Inc., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>H and A Marketing and Sales, Inc., a Florida corporation; Agner Emilio Espana an individual; and Does 1-10, inclusive<br><br>Defendants. | CASE NO. 2:17-cv-05999<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Current Response Date: 9/13/17<br>New Response Date: 9/29/17<br>District Judge:. Christina Snyder |

WHEREAS, Agner Espana resides in southern Florida and was impacted by Hurricane Irma and needs additional time to deal with the summons and complaint

---

1- STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE

And, WHEREAS, this is the first extension of time to respond to the Complaint,

## STIPULATION AND REQUEST TO EXTEND TIME TO FILE A RESPONSE TO INITIAL COMPLAINT

Plaintiff, Sutra Beauty, Inc. ("Plaintiff"), and Defendants H and A Marketing and Sales Inc., a Florida corporation and Agner Emilio Espana (collectively "Defendant") jointly stipulate to extend the time for Defendant to file a Response to the initial complaint from September 13, 2017 to September 29, 2017.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: September __, 2017

_____
Agner Emilio Espana

Dated: September __, 2017

H and A Marketing and Sales, Inc.

By:_____
Agner Emilio Espana

Dated: September __, 2017

STELMACH & STELMACH, LLP

By:_____
Rea Stelmach,
Attorney for Plaintiff,
Sutra Beauty, Inc.

And, WHEREAS, this is the first extension of time to respond to the Complaint,

## STIPULATION AND REQUEST TO EXTEND TIME TO FILE A RESPONSE TO INITIAL COMPLAINT

Plaintiff, Sutra Beauty, Inc. ("Plaintiff"), and Defendants H and A Marketing and Sales Inc., a Florida corporation and Agner Emilio Espana (collectively "Defendant") jointly stipulate to extend the time for Defendant to file a Response to the initial complaint from September 13, 2017 to September 29, 2017.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: September __, 2017            _____
                                     Agner Emilio Espana


Dated: September __, 2017            H and A Marketing and Sales, Inc.

                                     By:_____
                                     Agner Emilio Espana

Dated: September _13_, 2017          STELMACH & STELMACH, LLP

                                     By:_____
                                     Rea Stelmach,
                                     Attorney for Plaintiff,
                                     Sutra Beauty, Inc.