Agner Emilio Espana
2500 Parkview Dr #1601
Hallandale Beach, FL. 33009
954-671-8013

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sutra Beauty, Inc., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>H and A Marketing and Sales, Inc., a Florida corporation; Agner Emilio Espana an individual; and Does 1-10, inclusive<br><br>Defendants. | CASE NO. 2:17-cv-05999- CAS (PJWx)<br><br>**DEFENDANT, H AND A MARKETING AND SALES, INC.'S, MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>Current Response Date: 9/29/17<br>New Requested Response Date: 10/16/17<br>District Judge: Christina Snyder |

COMES NOW, the Defendant H AND A MARKETING AND SALES, INC., a Florida corporation ("Defendant"), through its President, Agner Emilio Espana, and pursuant to Rule 6(b)(1), Federal Rules of Civil Procedure, hereby files this Motion for Extension of Time to Retain Counsel to File Responsive Pleading to Plaintiff, SUTRA BEAUTY, INC.'s ("Plaintiff") Complaint, and moves the Court to extend the time for filing of Defendant's responsive pleading, and states the following:

Defendant's responsive pleading is due on September 29, 2017.

Defendant's principal place of business is located in Florida and was impacted by Hurricane Irma.

1. Defendant needs additional time to retain counsel in the State of California to respond to Plaintiff's Complaint.

2. Defendant has made a good faith effort to confer with Plaintiff's counsel and resolve this matter prior to the filing of this Motion.

3. Plaintiff will not be prejudiced with an Order granting Defendant's Motion as Plaintiff would have agreed to an extension in exchange for payment of $1,500.00.

4. Defendant does not have the funds to pay Plaintiff for an extension of time and any funds will be necessary to obtain counsel. Defendant, therefore, is respectfully requesting the Court grant Defendant's extension of time to retain counsel.

5. In an effort to resolve Plaintiff's complaints without waiving Defendant's right to defend the causes of actions and allegations, including the right to file any Fed. R. Civ. 12 motions to dismiss, Defendant requests that the Court extend the date upon which Defendant's responsive pleading is due until October 16, 2017.

6. This Motion is filed in good faith and not to delay the proceedings.

**WHEREFORE**, Defendant respectfully asks this Court enter an Order granting Defendant's Motion for Extension of Time to File a Responsive Pleading until October 16, 2017, or in the alternative, enter an Order granting Defendant's Motion for Extension of Time to Retain Counsel until October 16, 2017, and grant any such further relief as this Court deems just and proper.

```
 1  DATED: September 29, 2017              _____
 2                                         H AND A MARKETING AND SALES, INC.
 3                                         Defendant
 4                                         By: Agner Emilio Espana
 5                                         Its: President
 6                                         2500 Parkview Drive, #1601
 7                                         Hallandale Beach, FL 33009
 8                                         Tel: (954) 371-8013
 9                                         E-Mail: collart_91@hotmail.com
10
11                       CERTIFICATE OF SERVICE
12
13      I HEREBY CERTIFY that I have mailed a copy of Defendant's Motion for
14  Extension of Time to Retain Counsel to File Responsive Pleading to Plaintiff's
15  counsel, REA STELMACH, ESQ., Stelmach & Stelmach, LLP via E-Mail to
16  rea@stelmachlaw.com on this 29th day of September, 2017.
17  DATED: September 29, 2017              _____
18                                         H AND A MARKETING AND SALES, INC.
19                                         Defendant
20                                         By: Agner Emilio Espana
21                                         Its: President
22                                         2500 Parkview Drive, #1601
23                                         Hallandale Beach, FL 33009
24                                         Tel: (954) 371-8013
25                                         E-Mail: collart_91@hotmail.com
26
```